O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA CABRERA,<br><br>            Plaintiff,<br>      v.<br><br>HEALTHCARE SERVICES GROUP, INC. and DOES 1–100, inclusive,<br><br>            Defendants. | Case No. 2:13-cv-04695-ODW(Ex)<br><br>**ORDER DENYING JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION DEADLINE [21]** |

The Court has received the parties' joint request to continue the class certification filing deadline for 30 days. (ECF No. 21.) After considering the parties' assertions, the Court finds no good reason to continue the deadline to file the motion for class certification in this in this case.

Under Local Rule 23-3, the proponent of a class must file a motion for certification that the action is maintainable as a class action within 90 days after service of the complaint. Or in cases where the complaint was filed in state court and the case later removed to federal court, the certification motion is due within 90 days of removal.

Cabrera filed her class action complaint in Los Angeles Superior Court six months ago, which was served on March 28, 2013. (ECF No. 1.) Defendants first removed the matter to this Court on April 29, 2013. (*Id.*) The Court remanded the

action because of insufficient citizenship allegations, and Defendants removed this action for a second time on June 27, 2013. (*Id.*) Thus, the September 26, 2013 deadline gives Cabrera the benefit of the 90 days provided by Local Rule 23-3 and her time spent in state court. Failure to use that time to diligently conduct discovery to date does not constitute good cause to continue the deadline. The Court therefore **DENIES** the request.

**IT IS SO ORDERED.**

September 20, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**